IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT TREPETA,

        Plaintiff

v.                                                                                                          Civil No. 3:20-cv-443

TRUIST BANK,

        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Robert Trepeta, by counsel, hereby notifies the Court that since the statutory interpretation issue raised by the Defendant in its motion filed pursuant to Fed. R. Civ. P. 12(b)(6) will shortly be decided by the United States Supreme Court, in the interests of judicial economy and pursuant to Fed. R. Civ. P. 41(a)(1), he hereby files this Notice of Voluntary Dismissal as to Defendant, Truist Bank, and will relitigate this matter after that decision is published. The Defendant has not filed or served an Answer or a Motion for Summary Judgment. Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(B), this dismissal is without prejudice.

                                          Respectfully submitted,
                                          **ROBERT TREPETA**

                                          _____/s/_____
                                          Matthew J. Erausquin, Esq., VSB #65434
                                          CONSUMER LITIGATION ASSOCIATES, P.C.
                                          1800 Diagonal Road, Suite 600
                                          Alexandria, Virginia 22314
                                          (703) 273-7770 - Telephone
                                          (888) 892-3512 – Facsimile
                                          Email:  matt@clalegal.com

## Certificate of Service

I hereby certify that on the 18th day of September, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/
Matthew J. Erausquin, Esq., VSB #65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 273-7770 - Telephone
(888) 892-3512 – Facsimile
Email:  matt@clalegal.com