IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ROBERT TREPETA,
    Plaintiff,

v.                                                  Civil No. 3:20cv443 (DJN)

TRUIST BANK,
    Defendant.

## ORDER

This matter comes before the Court on Plaintiff Robert Trepeta's ("Plaintiff") Notice of Voluntary Dismissal (ECF No. 17), giving notice to the Court that he dismisses without prejudice this action against Defendant Truist Bank ("Defendant"). Accordingly, pursuant to Fed. R. Civ. P. 41(a), it is hereby ORDERED that this action is hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own fees and costs. The Court further DENIES AS MOOT Defendant's Motion to Dismiss (ECF No. 9).

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                       /s/
                                                   David J. Novak
                                                 United States District Judge

Richmond, Virginia
Dated: September 18, 2020